IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ERIC SONNTAG, | No. CIV S-09-1224-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| NEVADA COUNTY, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a Nevada state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

On June 9, 2010, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Mike Hibaugh was returned unserved. Plaintiff was previously ordered to provide additional information to serve defendant Hibaugh. However, no additional information regarding this defendant has been submitted.

Failure to effect service on a defendant within 120 days requires dismissal of that defendant unless plaintiff can show good cause for the failure. See Fed. R. Civ. P. 4(m). Plaintiff will be required to show cause for the failure to complete service of process within 120 days on this defendants. Plaintiff is warned that failure to respond to this order may result in

1

dismissal of the action.  See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in writing, within 30 days of the date of service of this order, why defendant Hibaugh should not be dismissed for failure to effect timely service.

DATED: June 6, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE